**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Anthony K. Anderson, | Case No.: 2:21-cv-01157-JAD-DJA |
| Petitioner | |
| v. | |
| Charles Thompson, et al., | **Order Granting Motions for File** |
| Respondents | [ECF Nos. 11, 13] |

Petitioner Anthony Anderson brought his 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his state-court conviction for child abuse and neglect with substantial mental injury.[1]  I dismissed the petition because it was an unauthorized second or successive petition.[2]  Anderson now moves for a copy of his petition, associated motions, and exhibits.[3]  Good cause appearing,

**IT IS HEREBY ORDERED** that the motions for full complete file **[ECF Nos. 11, 13] are GRANTED.  The Clerk of the Court is directed to send petitioner a copy of the petition for a writ of habeas corpus [ECF No. 3], the motion for appointment of counsel [ECF No. 4], the application for leave to file a second or successive petition [ECF No. 5], and the motion of state courts' denial of due process [ECF No. 6].**

Dated: December 17, 2021

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 3

[2] ECF No. 7; *see also* 28 U.S.C. § 2244(b).

[3] ECF No. 11, 13.